# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD MICHAEL HONEYCUTT,
Petitioner,

vs.

CONNIE S. BISBEE; ISIDRO BACA,
WARDEN; NEVADA PAROLE BOARD;
AND NEVADA DEPARTMENT OF
CORRECTIONS,
Respondents.

No. 71281

**FILED**

NOV 1 7 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus or prohibition challenging the Parole Board's denial of parole. We are not satisfied that this court's intervention by way of extraordinary relief is warranted at this time. Because the claims involve issues of fact, petitioner should seek relief in the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981); *see also* NRS 34.160; NRS 34.170; NRS 34.320. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:     Todd Michael Honeycutt
        Attorney General/Carson City

---

[1]We deny petitioner's motion for appointment of counsel.